

**Alameda County
Office of the Treasurer
and Tax Collector**

Donald R. White
Treasurer-Tax Collector

Brenda L. Guess, Chief Deputy
Teresita M. Lauigan, Assistant Treasurer



FILED
OCT 28 2013
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

09/18/13

Martha G. Bronitsky
Chapter 13 Standing Trustee
P O BOX  9077
Pleasanton, CA  94566
Attention:  Tony Quilici

Dear Mr.  Quilici

The following property tax claims were paid.
Please remove these names and case numbers for further
Payments from Martha G. Bronitsky, Chapter 13 Trustee.


David & Rachelle Finister, case# 0948083, apn 98A-447-47
Dorothy Jackson, case# 0971233, apn 486-100-26

Sincerely,

Jack Wong

Jack Wong
Bankruptcy Department
(510) 272-6847


CC : Denise Kinloch
       U.S. Bankruptcy Court